**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-1828**

---

LAMONICA PERRYMAN,

Plaintiff - Appellant,

versus

WAL-MART STORES, INCORPORATED,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Tommy E. Miller, Magistrate Judge. (CA-99-1417-2)

---

Submitted:  September 21, 2000      Decided:  September 27, 2000

---

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Lamonica Perryman, Appellant Pro Se.  David Edward Constine, III, Daryl Eugene Webb, Jr., Richard Franklin Hawkins, MAYS & VALENTINE, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lamonica Perryman appeals the magistrate judge's order granting summary judgment in favor of Wal-Mart and dismissing this civil rights action alleging racial discrimination in employment in violation of Title VII. See 42 U.S.C. § 2000e-5(f) (1994). We have reviewed the record and the magistrate judge's order and find no reversible error. The magistrate judge correctly determined that Perryman failed to establish the elements of a prima facie case of employment discrimination. See McDonnell Douglas Corp. v. Green, 411 U.S. 792, 793 (1973). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2